# UNITED STATES DISTRICT COURT
for the

_____ District of __NEVADA__

☑ FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 14 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:19-MJ-0050-CBC |
| | ) | |
| DAVID KAPLAN | ) | Charging District: District of Colorado |
| *Defendant* | ) | Charging District's Case No. 19-CR-00237-CMA |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Alfred A. Arraj Courthouse<br>901 19th Street, Denver, CO 80294 | Courtroom No.: | A 501 |
|---|---|---|---|
| | Before: U.S. Magistrate Judge Michael E. Hegarty | Date and Time: | Tuesday, June 4, 2019 at 2:00 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: May 14, 2019

_____
*Judge's signature*

Carla Baldwin Carry, U.S. Magistrate Judge
*Printed name and title*